# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, *in his official capacity as Secretary of the United States Department of Health and Human Services*; and UNITED STATES OF AMERICA,<br><br>Defendants. | No. 1:19-cv-04676-PAE<br>(rel. 1:19-cv-05433-PAE; 1:19-cv-05435-PAE)<br><br>**NOTICE OF APPEAL** |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; and PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary, United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROGER SEVERINO, in his official capacity as Director, Office for Civil Rights, United States Department of Health and Human Services; and OFFICE FOR CIVIL RIGHTS, United States Department of Health and Human Services,<br><br>Defendants. | No. 1:19-cv-05433-PAE<br>(rel. 1:19-cv-0476-PAE; 1:19-cv-05435-PAE) |

| | |
|---|---|
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION; and PUBLIC HEALTH SOLUTIONS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROGER SEVERINO, in his official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services; OFFICE FOR CIVIL RIGHTS of the U.S. Department of Health and Human Services,<br><br>    Defendants. | No. 1:19-cv-05435-PAE<br>(rel. 1:19-cv-0476-PAE; 1:19-cv-05433-PAE) |

## NOTICE OF APPEAL

Defendants in the above-captioned cases hereby give notice that they appeal to the United States Court of Appeals for the Second Circuit from all aspects of this Court's orders, memorandum opinion, and final appealable judgments entered on November 6, 2019—ECF Nos. 248, 249, and 250 in case No. 19-cv-04676; ECF Nos. 116, 117, and 118 in case No. 19-cv-05433; and ECF Nos. 122, 123, and 124 in case No. 19-cv-05435—and all prior orders and decisions that merge into these orders.

Dated: January 3, 2020                              Respectfully submitted,

                                                          JOSEPH H. HUNT<br>
                                                          Assistant Attorney General

- 3 -

JAMES M. BURNHAM
Deputy Assistant Attorney General

CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*