# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand twenty one,

State of New York, City of New York, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Wisconsin, City of Chicago, Cook County, Illinois,

    Plaintiffs-Appellees,

Planned Parenthood Federation of America, Inc., Planned Parenthood of Northern New England, Inc., National Family Planning and Reproductive Health Association, Public Health Solutions, Inc.,

    Consolidated-Plaintiffs-Appellees,

v.

United States Department of Health and Human Services, Alex M. Azar, II, in his official capacity as Secretary of the United States Department of Health and Human Services, United States of America,

    Defendants-Appellants,

Dr. Regina Frost, Christian Medical and Dental Association,

    Intervenors-Defendants-Appellants,

Roger T. Severino, in his official capacity as Director, Office for Civil Rights, United States Department of Health and Human Services, and Office for Civil Rights, United States Department of Health and Human Services,

    Consolidated-Defendants-Appellants.

**ORDER**
Docket Nos.: 19-4254 (Lead)
               20-31 (Con)
               20-32 (Con)
               20-41 (Con)

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:** 02/16/2021

Appellants moves to adjourn oral argument and to have the appeal held in abeyance pending review of the matter by new leadership at the U.S. Department of Health & Human Services.

IT IS HEREBY ORDERED that the motion is GRANTED. Oral argument in the above-captioned appeal, set for Wednesday, March 17, 2021, is ADJOURNED, and will be rescheduled at a later date.

IT IS HEREBY FURTHER ORDERED the appeal will be held in abeyance. Appellants are directed to file stay status letters every 30 days, beginning 30 days from the date of this order.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit