IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES*, et al.,*<br><br>*Defendants.* | No. 19-cv-4676 (lead)<br><br>(consolidated with Nos. 19-cv-5433, 19-cv-5435) |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC, *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>*Defendants.* | No. 19-cv-5433<br><br>(consolidated with Nos. 19-cv-4676 (lead), 19-cv-5435) |
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>*Defendants.* | No. 19-cv-5435 (lead)<br><br>(consolidated with Nos. 19-cv-4676 (lead), 19-cv-5433) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Hana Bajramovic, respectfully move to withdraw as counsel for plaintiffs Planned Parenthood Federation of America, Inc. ("PPFA") and Planned Parenthood of Northern New England, Inc. in Nos. 19-cv-4676 (lead), 19-cv-5433, and 19-cv-5435, because of my upcoming departure from PPFA, effective September 16, 2022. Attorneys from PPFA, the National Women's Law Center, Democracy Forward, and Covington & Burling LLP will continue to represent plaintiffs in this matter and no party will be prejudiced if this motion is granted. I am not asserting a retaining or charging lien.

Dated: September 14, 2022

Respectfully submitted,

*/s/ Hana Bajramovic*
Hana Bajramovic (N.Y. Bar No. 5488309)
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
(646) 771-7935
hana.bajramovic@ppfa.org