UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., and PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND, INC.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-v.-<br><br>XAVIER BECERRA, *in his official capacity as Secretary, United States Department of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MELANIE FONTES RAINER, *in her official capacity as Director, Office for Civil Rights, United States Department of Health and Human Services*; and OFFICE FOR CIVIL RIGHTS, *United States Department of Health and Human Services*,<br>　　　　　　　　　　Defendants. | 19 Civ. 5433 (PAE)<br><br><br><br><br><br><br><br><br><br>**JOINT STATUS REPORT** |
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION, and PUBLIC HEALTH SOLUTIONS, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-v-<br><br>XAVIER BECERRA, *in his official capacity as Secretary of the U.S. Department of Health and Human Services*; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; MELANIE FONTES RAINER, *in her official capacity as Director of the Office for Civil Rights of the U.S. Department of Health and Human Services*; and OFFICE FOR CIVIL RIGHTS OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>　　　　　　　　　　Defendants. | 19 Civ. 5435 (PAE) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 2, 2024, the Parties jointly submit this status report to update the Court on the progress of negotiations regarding a possible resolution of the issue of attorneys' fees and costs. *See Planned Parenthood v. Azar*, No. 19 Civ. 5433 (PAE), Dkt. 138 (S.D.N.Y. Apr. 2, 2024); *Nat'l Fam. Plan. & Reprod. Health Assoc. v. Azar*, No. 19 Civ. 5435 (PAE), Dkt. 146 (S.D.N.Y. Apr. 2, 2024). The Parties continue to engage in negotiations and hope to reach an amicable settlement without Court involvement. Accordingly, the Parties respectfully request that the Court set a deadline of October 31, 2024, to file a joint status report to update the Court on the progress of negotiations.

Dated: August 30, 2024

Respectfully submitted,
/s/ David M. Zionts
David M. Zionts

Alexa Kolbi-Molinas
Lindsey Kaley
American Civil Liberties Union Foundation
125 Broad Street, 18th floor
New York, NY 10004
Phone: (212) 549-2633
Fax: (212) 549-2652
Akolbi-molinas@aclu.org
lkaley@aclu.org

Daniel Mach (*pro hac vice*)
American Civil Liberties Union Foundation
915 15th Street NW
Washington, D.C. 20005
Phone: (202) 675-2330
Fax: (202) 546-0738
dmach@aclu.org

Christopher Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th floor
New York, NY 10004
Phone: (212) 607-2298
Fax: (212) 607-3318
cdunn@nyclu.org

*Attorneys for the NFPRHA & PHS Plaintiffs*

Diana O. Salgado (*pro hac vice*)
Planned Parenthood Federation of America, Inc.
1110 Vermont Avenue, NW, Ste. 300
Washington, D.C. 20005
Phone: (202) 973-4800
Fax: (202) 296-3480
Diana.salgado@ppfa.org

David M. Zionts (*pro hac vice*)
Covington & Burling LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
Phone: (202) 662-6000
dzionts@cov.com

Michelle Banker
National Women's Law Center
1350 Eye Street, NW, Ste. 700
Washington, D.C. 20005
Phone: (202) 588-5185
mbanker@nwlc.com

*Attorneys for the Planned Parenthood Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley Humphreys**
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*

The Court thanks the parties for this update. The parties should file the next joint status report by October 31, 2024.

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 30, 2024
      New York, New York

*signed with permission